# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN VICTOROV; ANASTASIA NAUMOVA, | Case No. CV 19-6948-GW-JPRx |
| Plaintiffs, | **JUDGMENT FOR DEFENDANT** |
| v. | |
| WILLIAM P. BARR, U.S. ATTORNEY GENERAL, *et al.*, | [The Honorable George H. Wu] |
| Defendants. | |

The Court having considered the pleadings, evidence presented, Memoranda of Points and Authorities, and in accordance with the Statements of Uncontroverted Facts and Conclusions of Law, finds that the USCIS's denial of an "extraordinary ability" visa to Plaintiff (and its affirmation by the AAO) was not arbitrary, capricious, or contrary to law, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment be granted and judgment is hereby entered for Defendants William P. Barr, *et al.*

1

The Court ORDERS that judgment be entered as follows:

1. Judgment for Defendants William P. Barr, *et al.* and against Plaintiffs Yan Victorov and Anastasia Naumova.
2. The Clerk of Court shall close this case.
3. Each party will bear their own costs.

IT IS SO ORDERED.

DATED: April 14, 2020

*[signature: George H. Wu]*

HON. GEORGE H. WU
United States District Judge